

Submitted August 9, 2017 *

Filed August 24, 2017

Satish Shetty, Pro Se

Kalley R. Aman, Attorney, Brian T. Harvey, Esquire, Attorney, Pooya E. Sohi, Attorney, Buchalter Nemer PLC, Los Angeles, CA, for Appellees

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

## MEMORANDUM **

Satish Shetty appeals pro se from the district court's order affirming the bankruptcy court's order dismissing claims against appellees in Shetty's adversary proceeding. We review de novo our own jurisdiction and whether a bankruptcy court's decision is final. *Silver Sage Partners, Ltd. v. City of Desert Hot Springs ( In re City of Desert Hot Springs )*, 339 F.3d 782, 787 (9th Cir. 2003). We dismiss.

This court lacks jurisdiction over this appeal because "the bankruptcy court's order did not dispose of all of the issues in the adversary proceeding" or "direct entry of judgment under Fed. R. Civ. P. 54(b) which applies to adversary proceedings in bankruptcy by virtue of Bankruptcy Rule 7054." *Walther v. King City Transit Mix, Inc. ( In re King City Transit Mix, Inc.)*, 738 F.2d 1065, 1066-67 (9th Cir. 1984) (appellate jurisdiction in bankruptcy extends only to matters appealable to the district court as of right).

**DISMISSED.**

**IN RE: Adina ZAHARESCU, Debtor.**

**Satish Shetty, Appellant,**

v.

**Ocwen Financial Services, Inc.; et al., Appellees.**

**No. 14-55401**

United States Court of Appeals, Ninth Circuit.

Submitted August 9, 2017 *

Filed August 24, 2017

Satish Shetty, Pro Se

Eric D. Houser, Attorney, Robert W. Norman, Jr., Attorney, Houser & Allison, APC, Irvine, CA, for Appellees Ocwen Financial Services, Inc., Ocwen Loan Servicing, LLC, Litton Loan Servicing, LP

Eric D. Houser, Attorney, Robert W. Norman, Jr., Attorney, Houser & Allison, APC, Irvine, CA; Kevin Broersma, Attor-

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

---

\* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

ney, Los Angeles, CA, for Appellee Deutsche Bank National Trust Company

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges.

MEMORANDUM **

Satish Shetty appeals pro se from the district court's order affirming the bankruptcy court's order dismissing claims against appellees in Shetty's adversary proceeding. We review de novo our own jurisdiction and whether a bankruptcy court's decision is final. *Silver Sage Partners, Ltd. v. City of Desert Hot Springs (In re City of Desert Hot Springs)*, 339 F.3d 782, 787 (9th Cir. 2003). We dismiss.

This court lacks jurisdiction over this appeal because "the bankruptcy court's order did not dispose of all of the issues in the adversary proceeding" or "direct entry of judgment under Fed. R. Civ. P. 54(b) which applies to adversary proceedings in bankruptcy by virtue of Bankruptcy Rule 7054." *Walther v. King City Transit Mix, Inc. (In re King City Transit Mix, Inc.)*, 738 F.2d 1065, 1066-67 (9th Cir. 1984) (appellate jurisdiction in bankruptcy extends only to matters appealable to the district court as of right).

**DISMISSED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

IN RE: Adina I. ZAHARESCU, Debtor.

**Satish Shetty, Appellant,**

v.

**LSI Title Company, Appellee.**

No. 14-55403

United States Court of Appeals, Ninth Circuit.

Submitted August 9, 2017 *

Filed August 24, 2017

Satish Shetty, Pro Se

Annette Franchelly Mijanovic, Attorney, S. Christian Stouder, Attorney, Haight Brown & Bonesteel, LLP, Los Angeles, CA, for Appellee

Before: SCHROEDER, TASHIMA, and M. SMITH, Circuit Judges

MEMORANDUM **

Satish Shetty appeals pro se from the district court's order affirming the bankruptcy court's order dismissing claims against appellee in Shetty's adversary proceeding. We review de novo our own jurisdiction and whether a bankruptcy court's decision is final. *Silver Sage Partners, Ltd. v. City of Desert Hot Springs (In re City of Desert Hot Springs)*, 339 F.3d 782, 787 (9th Cir. 2003). We dismiss.

---

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.